IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| FlexCheck of South Carolina, LLC, Flex Check of Georgia, LLC, FlexCheck of Pennsylvania, LLC, FlexCheck of Virginia, LLC, and FlexCheck Holdings, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> American Legal Corporation, <br> Defendant. | Civil Action No. 6:04-1029-GRA <br><br> **ORDER** <br> (Written Opinion) |

By order dated March 31, 2005, this Court found in favor of the Plaintiffs and ordered that judgment be entered against the Defendant American Legal Corporation in the amount of Two Hundred Thirty-Nine Thousand, Six Hundred Seventy-Three and 10/100 Dollars ($239,673.10). On March 31, 2005, Judgment was entered against the Defendant American Legal Corporation in the United States District Court for the District of South Carolina.

American Legal Corporation is located in Jacksonville, Florida, which lies within the jurisdiction of the United States District Court for the Middle District of Florida. Plaintiffs seek to register the above-referenced judgment in the United States District Court for the Middle District of Florida.

Plaintiffs have demonstrated good cause to this Court for allowing the above-referenced judgment to be registered in the United States District Court prior to the expiration of the time for appeal.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1963, registration of the judgment against Defendant American Legal Corporation in the amount of Two Hundred Thirty-

Nine Thousand, Six Hundred Seventy-Three and 10/100 Dollars ($239,673.10) in the United States District Court for the Middle District of Florida may proceed immediately.

    IT IS SO ORDERED.

                                        s/ G. Ross Anderson, Jr.
                                        G. ROSS ANDERSON, JR.
                                        UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

April  18 , 2005

2